**Fill in this information to identify your case:**

Debtor 1  Martha                              Perdomo
          First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property             12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion,<br>if any |
|---|---|---|---|---|

**2.1** Ditech Financial LLC
Creditor's Name
2100 E Elliot Road, Bldg 94
Number     Street

Tempe              AZ    85284
City              State  ZIP Code

Describe the property that secures the claim:
132-14 Horace Harding Expressway
Flushing, NY 11367

$ 93,399.78    $ 833,766.00   $ 93,399.78

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Second Mortgage

Last 4 digits of account number  5  7  5  0

**2.2** Mr. Cooper
Creditor's Name
8950 Cypress Waters Blvd
Number     Street

Coppell            TX    75019
City              State  ZIP Code

Describe the property that secures the claim:
132-14 Horace Harding Expressway
Flushing, NY 11367

$ 1,080,065.80   $ 833,766.00   $ 246,299.8

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  2  8  3  0

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

24

Official Form 106D              Schedule D: Creditors Who Have Claims Secured by Property

Debtor 1   Martha Perdomo    Case number (if known) _____

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A Amount of claim | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|

**2.3** NYC Water Board
Creditor's Name
59-17 Junction Blvd.
Number    Street

Elmhurst    NY    11373
City    State    ZIP Code

Describe the property that secures the claim:
132-14 Horace Harding Expressway
Flushing, NY 11367

$ 8,019.73    $ 833,766.00    $ 8,019.73

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number  6  0  0  1

**2.4** Santander Consumer USA
Creditor's Name
PO Box 961245
Number    Street

Fort Worth    TX    76161
City    State    ZIP Code

Describe the property that secures the claim:
2013 Cadillac

$ 18,636.31    $ 10,575.00    $ 8,061.31

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number  2  3  1  8

Creditor's Name _____
Number    Street _____

City    State    ZIP Code

Describe the property that secures the claim:

$ _____    $ _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $ _____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 1,200,121.62

25

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

| Debtor 1 | Martha | | Perdomo | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ **Ras Boriskin Law Office**
Name
**900 Merchants Concourse, #LL5**
Number    Street

**Westbury**          **NY**    **11590**
City                  State    ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**
Last 4 digits of account number **2 2 3 0**

☐
Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number **5** _ _ _

☐
Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name

Number    Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

Official Form 106D    Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**