# GOMBERG LEGAL, P.C.

| | |
|---|---|
| 1001 Avenue of the Americas, #1222 | Tel. (914) 525-4392 |
| New York, NY 10018 | GombergLegalPC@gmail.com |

*Stanislav Gomberg, Esq.*
*Lead Attorney*
*Admitted in*
*EDNY, SDNY, NY & NJ*

Via ECF:                                                                                       April 24, 2019
Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United Stated Bankruptcy Court/Eastern District of NY
271-C Cadman Plaza East, Courtroom 3585
Brooklyn, NY 11201

        Re:        *Loss Mitigation Status Letter*
        Debtor:   Martha Perdomo
        Case No.: 18-45836-ess

Honorable Judge Stong,

    The Undersigned represents the above-referenced Debtor within the herein Loss Mitigation proceedings. This letter is to serve as a written status report on behalf of Debtor Martha Perdomo pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    A Short Sale package for Debtor's residence, the subject premises, was submitted by Debtor's broker, but was marked incomplete. A renewed full and complete short sale application is being finalized for filing on the Equator system to correct any errors in the first short sale application. Accordingly, Debtor respectfully requests a short extension of the Loss Mitigation Order to demonstrate full submission by Debtor (and her broker).

    Thank you respectfully for your attention to this matter.

                                                        Respectfully Yours,

                                                       _s/ Stanislav Gomberg_
                                                       *Stanislav Gomberg, Esq.*
                                                       *Gomberg Legal, P.C.*
                                                       *Attorneys for Martha Perdomo*

**Cc:** *via ECF & E-mail*
Shapiro, DiCaro & Barak, LLC (dcallahan@logs.com)